UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ADAM SCHUT ET AL.,   ) | |
|     PLAINTIFFS/COUNTER-   ) | |
|     DEFENDANTS,   ) | |
| ) | NO. 1:12-CV-787 |
| -V-   ) | |
| ) | HONORABLE PAUL L. MALONEY |
| STAFFORD-SMITH, INC. ET AL.,   ) | |
|     DEFENDANTS/COUNTER-   ) | |
|     PLAINTIFFS.   ) | |
| ) | |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 98), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  August 9, 2016           /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                  United States District Judge